IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA DUCKINS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  14 CV-3234 |
| v. | ) | |
| HERITAGE ENTERPRISES, Inc. | ) | **The Honorable Amy St. Eve** |
| | ) | |
| | ) | Jury Trial Demanded |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ANSWER TO FIRST AMEMDED COMPLAINT

NOW COMES the Defendant, HERITAGE ENTEPRISES, INC., by and through its

attorneys of record, HARTWEG, TURNER, WOOD & DEVARY, PC, and for its Answer to the

First Amended Complaint filed herein by the Plaintiff, states as follows:

## INTRODUCTION

1.  The Defendant admits Paragraph 1 of the Plaintiff's First Amended Complaint.

2.  The Defendant denies Paragraph 2 of the Plaintiff's First Amended Complaint.

3.  The Defendant admits Paragraph 3 of the Plaintiff's First Amended Complaint.

4.  The Defendant denies Paragraph 4 of the Plaintiff's First Amended Complaint.

5.  The Defendant denies Paragraph 5 of the Plaintiff's First Amended Complaint.

## PARTIES

### Plaintiff

6.  The Defendant admits Paragraph 6 of the Plaintiff's First Amended Complaint.

7.  The Defendant admits Paragraph 7 of the Plaintiff's First Amended Complaint.

**Defendants**

8.  The Defendant admits Paragraph 8 of the Plaintiff's First Amended Complaint.

9.  The Defendant admits Paragraph 9 of the Plaintiff's First Amended Complaint.

## JURISDICTION AND VENUE

10. The Defendant admits Paragraph 10 of the Plaintiff's First Amended Complaint.

11. The Defendant admits Paragraph 11 of the Plaintiff's First Amended Complaint.

12. The Defendant admits Paragraph 12 of the Plaintiff's First Amended Complaint.

## COUNT I

### ALLEGED FMLA VIOLATIONS

### ALLEGED - Interference and denial of rights

13. Defendant realleges its answers to paragraphs 1-12 above and incorporates those answers herein this paragraph 13.

14. The Defendant admits Paragraph 14 of the Plaintiff's First Amended Complaint.

15. The Defendant admits Paragraph 15 of the Plaintiff's First Amended Complaint.

16. The Defendant admits Paragraph 16 of the Plaintiff's First Amended Complaint.

17. The Defendant admits Paragraph 17 of the Plaintiff's First Amended Complaint.

18. The Defendant admits Paragraph 18 of the Plaintiff's First Amended Complaint.

19. The Defendant admits Paragraph 19 of the Plaintiff's First Amended Complaint.

20. The Defendant denies Paragraph 20 of the Plaintiff's First Amended Complaint.

21. The Defendant admits Paragraph 21 of the Plaintiff's First Amended Complaint.

22. The Defendant admits Paragraph 22 of the Plaintiff's First Amended Complaint.

23. The Defendant admits Paragraph 23 of the Plaintiff's First Amended Complaint.

24. The Defendant denies Paragraph 24 of the Plaintiff's First Amended Complaint.

25. The Defendant denies Paragraph 25 of the Plaintiff's First Amended Complaint.

26. The Defendant denies Paragraph 26 of the Plaintiff's First Amended Complaint.

27. The Defendant denies Paragraph 27 of the Plaintiff's First Amended Complaint.

28. The Defendant admits Paragraph 28 of the Plaintiff's First Amended Complaint.

29. The Defendant denies Paragraph 29 of the Plaintiff's First Amended Complaint.

30. The Defendant admits Paragraph 30 of the Plaintiff's First Amended Complaint.

31. The Defendant admits Paragraph 31 of the Plaintiff's First Amended Complaint.

32. The Defendant denies Paragraph 32of the Plaintiff's First Amended Complaint.

33. The Defendant denies Paragraph 33 of the Plaintiff's First Amended Complaint.

34. The Defendant admits Paragraph 34 of the Plaintiff's First Amended Complaint.

35. The Defendant admits Paragraph 35 of the Plaintiff's First Amended Complaint.

36. The Defendant admits Paragraph 36 of the Plaintiff's First Amended Complaint.

37. The Defendant admits Paragraph 37 of the Plaintiff's First Amended Complaint.

38. The Defendant admits Paragraph 38 of the Plaintiff's First Amended Complaint.

39. The Defendant admits Paragraph 39 of the Plaintiff's First Amended Complaint.

40. The Defendant admits Plaintiff was notified of her termination just after the date she provided notice of return from leave and denies the remainder of Paragraph 40 of the Plaintiff's First Amended Complaint.

41. The Defendant denies Paragraph 41 of the Plaintiff's First Amended Complaint.

42. The Defendant denies Paragraph 42 of the Plaintiff's First Amended Complaint.

43. The Defendant admits Paragraph 43 of the Plaintiff's First Amended Complaint.

44. The Defendant denies Paragraph 44 of the Plaintiff's First Amended Complaint.

45. The Defendant admits that it is a requirement under FMLA regulations, according to

USDOL FMLA Entitlement Fact Sheet #28 D: Employer Notification Requirements, that
the employer provide the amount of leave that will be deducted from the employee's
FMLA entitlement, if known.

46. The Defendant admits Paragraph 46 of the Plaintiff's First Amended Complaint.

47. The Defendant denies Paragraph 47 of the Plaintiff's First Amended Complaint.

48. The Defendant denies Paragraph 48 of the Plaintiff's First Amended Complaint.

49. The Defendant admits Paragraph 49 of the Plaintiff's First Amended Complaint.

50. The Defendant admits Paragraph 50 of the Plaintiff's First Amended Complaint.

51. The Defendant admits Paragraph 51 of the Plaintiff's First Amended Complaint.

52. The Defendant denies Paragraph 52 of the Plaintiff's First Amended Complaint.

53. The Defendant denies Paragraph 53 of the Plaintiff's First Amended Complaint.

54. The Defendant denies Paragraph 54 of the Plaintiff's First Amended Complaint and
affirmatively states that on November 16, 2014 Plaintiff requested leave for the same
FMLA-qualifying reason for an unknown period of time.

55. The Defendant admits Paragraph 55 of the Plaintiff's First Amended Complaint.

56. The Defendant admits that the Plaintiff did not receive a second designation notice from
Defendant, but denies that any such notice from the Defendant was required in this case.

57. The Defendant denies Paragraph 57 of the Plaintiff's First Amended Complaint.

58. The Defendant denies Paragraph 58 of the Plaintiff's First Amended Complaint.

59. The Defendant denies Paragraph 59 of the Plaintiff's First Amended Complaint.

60. The Defendant denies Paragraph 60 of the Plaintiff's First Amended Complaint.

WHEREFORE, the Defendant, HERITAGE ENTERPRISES, INC., respectfully requests this
Court deny the relief as requested by the Plaintiff in its First Amended Complaint, and find for

the Defendant in this cause, and for such other and further relief as this Court deems just and

equitable.

                                                  Respectfully submitted,
                                                  Heritage Enterprises, Inc., Defendant

                                                  By: /s/ George C. Wood
                                                    George Wood, Its Attorney

George C. Wood
ARDC #06202154
HARTWEG, TURNER, WOOD & DEVARY, P.C.
207 W. Jefferson Street, Suite 400
Bloomington, IL 61701
(309) 827-0044
gwood@htwlawyers.com